# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RHODNEY HENDERSON, et al., <br>     Plaintiff(s), <br> v. <br> ARIA RESORT AND CASINO HOLDINGS, LLC, et al., <br>     Defendant(s). | Case No. 2:21-cv-00280-JAD-NJK <br><br> **Order** <br><br> [Docket Nos. 57-58] |

Pending before the Court are notices of subpoenaed depositions. Docket Nos. 57-58. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: May 3, 2022

                                                                         Nancy J. Koppe <br>
                                                                         United States Magistrate Judge