# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHODNEY HENDERSON, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ARIA RESORT & CASINO HOLDINGS, LLC, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00280-JAD-NJK <br><br> **Order** |

On September 2, 2022, the parties filed a stipulation requesting a settlement conference. Docket No. 71. Therein, the parties indicated that they "have engaged in preliminary settlement discussions and believe that a settlement conference may result in settlement as to all parties." *Id.* at 2. On September 6, 2022, the Court granted that stipulation and set a settlement conference for November 15, 2022. Docket No. 74. The Court has now received the parties' settlement statements and finds the settlement conference to be futile based on the settlement positions taken therein. Accordingly, the settlement conference is **VACATED**.

IT IS SO ORDERED.

Dated: November 9, 2022

Nancy J. Koppe
United States Magistrate Judge