UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rhodney Henderson, et al., <br><br> Plaintiffs <br><br> v. <br><br> Aria Resort & Casino Holdings, LLC, et al., <br><br> Defendants | Case No.: 2:21-cv-0280-JAD-NJK <br><br> **Order Adopting Report and Recommendation** <br><br> [ECF Nos. 80, 84] |

Plaintiffs brought a belated motion for leave to file a third amended complaint,[1] and the magistrate judge recommends that I deny it because it was brought "well after the case-management deadline for doing so" and the plaintiffs failed to establish good cause to modify the scheduling order.[2] The deadline for the plaintiffs to object to that recommendation passed without objection or a request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS ORDERED that the magistrate judge's report and recommendation **[ECF No. 84] is ADOPTED and** the motion for leave to amend **[ECF No. 80] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
April 18, 2023

---

[1] ECF No. 80.

[2] ECF No. 84.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).