UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHODNEY HENDERSON, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>ARIA RESORT AND CASINO HOLDINGS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00280-JAD-NJK<br><br>**Order**<br><br>[Docket No. 106] |

    Pending before the Court is Plaintiffs' motion to seal an exhibit filed in conjunction with their response to an objection. Docket No. 106; *see also* Docket No. 107. Concurrently herewith, the Court is issuing an order finding the subject exhibit properly sealed elsewhere on the docket, subject to redactions. For the same reasons, this motion to seal is also **GRANTED**.

    The Clerk's Office is **INSTRUCTED** to continue maintaining the underlying papers at Docket No. 107 under seal.

    IT IS SO ORDERED.

    Dated: July 10, 2023

                                                                      Nancy J. Koppe<br>                                                                      United States Magistrate Judge