# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHODNEY HENDERSON, et al., | Case No. 2:21-cv-00280-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 119] |
| ARIA RESORT & CASINO HOLDINGS, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend case management deadlines because the parties have agreed to a private mediation on October 17, 2023. Docket No. 119. For good cause shown, the stipulation is **GRANTED**. Deadlines are **RESET** as follows:

- Amend pleadings/ Add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  closed
- Dispositive motions:  November 27, 2023
- Joint proposed pretrial order:  December 27, 2023, or 30 days after resolution of dispositive matters

In addition to the above, a joint status report regarding the mediation must be filed by October 24, 2023.

IT IS SO ORDERED.

Dated: September 12, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1