UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHODNEY HENDERSON, et al., <br>    Plaintiff(s), <br>v. <br>ARIA RESORT AND CASINO HOLDINGS, LLC, <br>    Defendant(s). | Case No.: 2:21-cv-00280-JAD-NJK <br><br>**Order** |

The parties have filed a notice of settlement. Docket No. 124. Dismissal papers must be filed by November 30, 2023.

IT IS SO ORDERED.

Dated: October 30, 2023

_____
Nancy J. Koppe
United States Magistrate Judge