Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669
*Attorneys for Defendants Aria Resort & Casino Holdings, LLC,
Mark Mejia, Beau Brink, Youness Maroun & Roxana Martinez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RHODNEY HENDERSON, individually; SUNDRA HENDERSON, individually;<br><br>Plaintiffs,<br><br>v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a Domestic Limited-Liability Company; MARK MEJIA, in his individual capacity; BEAU BRINK, in his individual capacity; YOUNESS MAROUN, in his individual capacity; ROXANA MARTINEZ, in her individual capacity; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.   2:21-cv-00280-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiffs Rhodney Henderson and Sundra Henderson (together, "Plaintiffs"), by and through their counsel, Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill PLLC, and Defendants Aria Resort and Casino Holdings, LLC ("Aria"), Mark Mejia ("Mejia"), Beau Brink ("Brink"), Youness Maroun ("Maroun") and Roxana Martinez ("Martinez") (together, "Defendants") (collectively, the "Parties"), by and through their counsel, Lawrence J. Semenza, III, Esq., and Katie Cannata, Esq., of the law firm Semenza Rickard law, hereby stipulate to extend the deadline to file a dismissal of this action.

1

1. On October 24, 2023, the Parties filed a Joint Status Report informing the Court that they have resolved this matter and intend to file an appropriate stipulation to dismiss this action once the settlement has been finalized. (ECF No. 124.)

2. On October 30, 2023, the Court issued an Order noting the Parties' settlement and requiring dismissal papers to be filed by November 30, 2023. (ECF No. 125.)

3. At this time, the Parties are continuing to finalize the settlement documents. As such, the Parties request that the Court extend the November 30, 2023 deadline to dismiss this action by approximately thirty (30) days, up to and including December 29, 2023. The Parties believe this will be sufficient time to (1) finalize the settlement documents, (2) obtain the Parties' signatures and (3) remit the settlement payment.

| | |
|---|---|
| DATED this 28th day of November 2023. | DATED this 28th day of November 2023. |
| SEMENZA RICKARD LAW | CLARK HILL PLLC |
| */s/ Lawrence J. Semenza, III* | */s/ Paola M. Armeni* |
| Lawrence J. Semenza, III, Esq, Bar No. 7174 | Paola M. Armeni, Esq., Bar No. 8357 |
| Katie L. Cannata, Esq., Bar No. 14848 | Gia N. Marina, Esq., Bar No. 15276 |
| 10161 Park Run Drive, Suite 150 | 1700 S. Pavilion Center Drive, Ste. 500 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89135 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
United States Magistrate Judge
Dated: November 29, 2023

2