Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669
*Attorneys for Defendants Aria Resort & Casino Holdings, LLC,
Mark Mejia, Beau Brink, Youness Maroun & Roxana Martinez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHODNEY HENDERSON, individually; SUNDRA HENDERSON, individually;<br><br>Plaintiffs,<br><br>v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a Domestic Limited-Liability Company; MARK MEJIA, in his individual capacity; BEAU BRINK, in his individual capacity; YOUNESS MAROUN, in his individual capacity; ROXANA MARTINEZ, in her individual capacity; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.   2:21-cv-00280-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 128 |

Pursuant to LR IA 6-2, Plaintiffs Rhodney Henderson and Sundra Henderson (together, "Plaintiffs"), by and through their counsel, Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill PLLC, and Defendants Aria Resort and Casino Holdings, LLC, Mark Mejia, Beau Brink, Youness Maroun and Roxana Martinez (together, "Defendants") (collectively, the "Parties"), by and through their counsel, Lawrence J. Semenza, III, Esq. and Katie Cannata, Esq., of the law firm Semenza Rickard Law, hereby stipulate and agree that this case be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

1

1     Entry of this Stipulation and Order will result in the dismissal of the entire action with
2 prejudice, as to all Defendants.

3 DATED this 21st day of December 2023.     DATED this 21st day of December 2023.

4 SEMENZA RICKARD LAW                 CLARK HILL PLLC

5 */s/ Lawrence J. Semenza, III*                    */s/Paola M. Armeni*
Lawrence J. Semenza, III, Esq, Bar No. 7174     Paola M. Armeni, Esq., Bar No. 8357
6 Katie L. Cannata, Esq., Bar No. 14848          Gia N. Marina, Esq., Bar No. 15276
7 10161 Park Run Drive, Suite 150               1700 S. Pavilion Center Drive, Ste. 500
Las Vegas, Nevada 89145                     Las Vegas, Nevada 89135
8
*Attorneys for Defendants*                       *Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation [ECF No. 128] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 27, 2023

2